No. 877. HOWARD S. MELLOT *v.* CHARLES R. MABEE ET AL., TRUSTEES IN BANKRUPTCY, ETC. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Donald F. Melhorn* for petitioner. *Mr. Allen J. Seney* for respondent.

———————

No. 878. CLYDE A. DAVIS, TRUSTEE IN BANKRUPTCY, ETC. *v.* CHARLES R. MABEE ET AL. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Donald F. Melhorn* for petitioner. *Mr. Allen J. Seney* for respondent.

———————

No. 880. TERRELL M. RAGAN, TRUSTEE *v.* ALLAN FORBES, TRUSTEE. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Jacob J. Kaplan* for petitioner. *Mr. William D. Turner* for respondent.

———————

No. 882. FRANCE AND CANADA STEAMSHIP CORPORATION, AS OWNER OF THE SCHOONER OAKLEY C. CURTIS, ETC. *v.* MIDLAND LINSEED PRODUCTS COMPANY. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carroll G. Walter* and *Mr. Chas. D. Francis* for petitioner. *Mr. Herman S. Herturg* for respondent.

———————

No. 883. GEORGE L. MOORE ET AL. *v.* UNITED STATES. March 9, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Bryan H. Tivnen* and *Mr. Michael M. Doyle* for petitioners. *The Attorney General* for the United States.